# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALVIN E. LOWERY, JR.**, | : | **CIVIL ACTION NO. 1:05-CV-0491** |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CRAIG APKER**, Warden, | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 23rd day of November 2005, upon consideration of petitioner's motion for reconsideration (Doc. 8) of the order of court dismissing the instant petition for writ of habeas corpus for lack of jurisdiction (Doc. 7), and it appearing that petitioner agrees with the court's order characterizing his petition as one pursuant to 28 U.S.C. § 2255, but seeks permission from this court to file a FED. R. CIV. P. Rule 60(b) motion challenging an order (Doc. 8, p. 3) entered in the United States District Court for the District of Maryland denying petitioner 28 U.S.C. § 2255 relief, and it appearing that this court lacks jurisdiction to entertain a motion involving a case that was filed in another judicial district, it is hereby ORDERED that plaintiff's motion for reconsideration (Doc. 8) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge